■ RUDY NOCERA, Appellant, v TRI-DELTA AGGREGATES, INC., Respondent.—Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting defendant's motion for summary judgment dismissing plaintiff's complaint alleging a violation of Labor Law § 241 (6). Defendant failed to establish as a matter of law that plaintiff was not engaged in construction work at the time of his accident *(see,* 12 NYCRR 23-1.4 [b] [13]; *Lozo v Crown Zellerbach Corp.,* 142 AD2d 949; *DaBolt v Bethlehem Steel Corp.,* 92 AD2d 70, 73, *lv dismissed* 60 NY2d 554; *cf., DeTommaso v Fitzgerald Constr. Corp.,* 138 AD2d 341, 343, *lv denied* 73 NY2d 701; *Malczewski v Cannon Design,* 125 AD2d 941) or that the accident did not occur in a location that was part of the work area owned or controlled by defendant

*(see,* Labor Law § 241 [6]; 12 NYCRR 23-1.4 [b] [13]; *La France v Niagara Mohawk Power Corp.,* 89 AD2d 757, 758, *appeal dismissed* 58 NY2d 747). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—summary judgment.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.